FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

October 11, 2022

No. 04-22-00259-CR

**EX PARTE** Juan Gabriel **COLORADO CARRILLO**,

From the County Court, Kinney County, Texas
Trial Court No. 10367CR
Honorable Roland Andrade, Judge Presiding

# O R D E R

Appellant filed his reply brief on September 26, 2022, and an amended motion to exceed the word limit on September 27, 2022. Appellant's amended motion for leave to exceed word limit is GRANTED.

It is so **ORDERED** on October 11, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT